James JOHNSON *v.* STATE of Arkansas

CR 75-182                                                      532 S.W. 2d 1

Opinion delivered February 2, 1976

*John W. Achor,* Public Defender, for appellant.

*Jim Guy Tucker,* Atty. Gen., by: *Robert A. Newcomb,* Asst. Atty. Gen., for appellee.

FRANK HOLT, Justice. Appellant was convicted by the court, sitting as a jury, of armed robbery and sentenced to 21 years pursuant to the provisions of the Habitual Criminal Act, Ark. Stat. Ann. § 43-2328 (Repl. 1964). An additional two year sentence for the use of a firearm was also imposed. Appellant's sole contention for reversal is that the prosecuting attorney improperly presented evidence that

appellant had a gun in his possession when he was arrested. Appellant relies on *Botany* v. *State,* 258 Ark. 866, 529 S.W. 2d 149 (1975). There we said "that [the] weapon had nothing to do with the offense on trial." In the case at bar, however, the victim identified the appellant and testified that appellant used a .22 pistol during the robbery. One of the arresting officers testified that when he arrested the appellant he had a .22 pistol in his possession. We cannot say, in view of this evidence, that the weapon had nothing to do with the offense of robbery. Therefore, *Botany* is not controlling.

Furthermore, appellant did not object to the testimony that he had a gun in his possession when arrested. In the absence of an objection we are precluded from considering appellant's contention for the first time on appeal. *Ford* v. *State,* 253 Ark. 5, 484 S.W. 2d 90 (1972); and *Williams* v. *State,* 257 Ark. 8, 513 S.W. 2d 793 (1974).

Affirmed.